UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ALTAMIRANO SERMENO, | No. 2:17-cv-1418 GEB AC P |
| Petitioner, | |
| v. | ORDER |
| SCOTT KERNAN, et al., | |
| Respondents. | |

This petition for writ of habeas corpus was dismissed on September 8, 2017. ECF Nos. 4, 5. Petitioner has now filed a motion for an evidentiary hearing that he has captioned for the Ninth Circuit Court of Appeals. ECF No. 6. It appears that petitioner is attempting to appeal the September 8, 2017 judgment. The motion for an evidentiary hearing will therefore be construed as a notice of appeal and processed accordingly.

IT IS HEREBY ORDERED that the motion for an evidentiary hearing (ECF No. 6) is construed as a notice of appeal. The Clerk of the Court is directed to update the docket and process the notice of appeal accordingly.

DATED: October 2, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE